**UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 10-11565 rel** |
| GOLDFEDER, ANDREW H. | ) | **Chapter 7** |
| GOLDFEDER, ALICE M. | ) | |
| Debtor(s) | ) | |

**NOTICE OF TRUSTEE'S INTENT TO SELL ESTATE PROPERTY BY PRIVATE SALE PURSUANT TO 11 U.S.C. 363(b)(1)**

**TO ALL PARTIES IN INTEREST:**

   **1.**   **PLEASE TAKE NOTICE:**

Pursuant to 11 U.S.C. § 363(b)(1) and Fed. R. Bankr. P. Rules 2002(a), (c)(1) and 6004, this is a notice by Douglas J. Wolinsky, the Chapter 7 Trustee, to sell property other than cash collateral, owned by the above bankruptcy estate; a negotiated private sale, not in the regular course of business subject to higher and better offers as set forth herein

   **2.**   **DESCRIPTION OF THE PROPERTY TO BE SOLD:**

The bankruptcy estate's interest in a:

(a)   2003 Honda CR-V EX, SUBN, VIN JHLRD788X3C021443, with 103,000 miles (the "Property"). The Debtors scheduled the fair market value of the Property to be $3,500 and have submitted documentation to the Trustee in support of that valuation based upon mileage and necessary repairs. In addition, the auctioneer appointed by the Bankruptcy Court to assist the Trustee believes this to be a fair estimation of the market value.

(b)   5' by 8' utility trailer with a listed fair market value of $400.00. Upon information and belief, this trailer, which is several years old, would currently sell new for $750.00.

(collectively, the "Property")

   **3.**   **LOCATION OF THE PROPERTY:**

The Property is located at the Debtors' residence.

**4. TERMS OF SALE:**

The Property will be sold to the Debtors for $3,000.

**5. CONDITION OF PROPERTY:**

The Property will be sold "as is-where is" with no warranties or representations of any kind whatsoever, whether expressed, implied or imposed by law.

**6. LIENS:**

None.

**7. OBJECTIONS TO SALE OF PROPERTY:**

Persons objecting to the sale of property proposed herein must file a written objection with Kim F. Lefebvre, Clerk of the U.S. Bankruptcy Court for the Northern District of New York, James T. Foley Courthouse, 445 Broadway, Suite 330, Albany, New York 12207, and effectuate service of a copy thereof on Douglas J. Wolinsky, Chapter 7 Trustee, at P.O. Box 1489, Burlington, Vermont 05402-1489, both on or before **September 29, 2010.**

A hearing will be held on **October 6, 2010, at 9:00 a.m.**, at the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 306, Albany, New York to hear any parties who have filed written objections as set forth above.

**8. PARTIES TO BE NOTICED:**

All creditors, parties in interest and other parties having so requested or appeared and whose names are on the current mail matrix will be noticed.

**9. TIME FOR NOTICING:**

The Federal Rules of Bankruptcy Procedure require a twenty (20) day notice of this proposed sale.

DOUGLAS J. WOLINSKY
CHAPTER 7 TRUSTEE

DATED: September 2, 2010          By:      /s/ Shireen T. Hart
                                           Shireen T. Hart
                                           Primmer Piper Eggleston & Cramer PC
                                           P.O. Box 1489
                                           Burlington, VT 05402-1489
                                           (802) 864-0880

E00980-8755 / #19